```
 1  McGREGOR W. SCOTT                          FILED
    United States Attorney
 2  SHEILA K. OBERTO
    MARK J. McKEON                             NOV 06 2008
 3  Assistant U.S. Attorneys
    4401 Federal Building                      CLERK, U.S. DISTRICT COURT
 4  2500 Tulare Street                         EASTERN DISTRICT OF CALIFORNIA
    Fresno, California 93721                   BY _____
 5  Telephone:  (559) 497-4000                    DEPUTY CLERK
                                                  S. MARTIN
 6
                              SEALED
 7
 8
 9          IN THE UNITED STATES DISTRICT COURT FOR THE
10                  EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   )  CASE NO: 1:08CR 00397 AWI
                                )
13          Plaintiff,          )  EX PARTE MOTION TO SEAL
                                )  INDICTMENT PURSUANT
14     v.                       )  TO RULE 6(e), FEDERAL
                                )  FEDERAL RULES OF
15  EVODIO MORENO,              )  CRIMINAL PROCEDURE
                                )
16          Defendant.          )
                                )
17
```

18  The government moves the Court, pursuant to Rule 6(e) of the
19  Federal Rules of Criminal Procedure, to order and direct that the
20  Indictment returned by the Grand Jury on November 6, 2008,
21  charging the above defendant with a violation of Title 18, United
22  States Code, Sections 1341 and 2 - Mail Fraud and Aiding and
23  Abetting, and other charges, be kept secret until the defendant
24  named in the Indictment is either in custody or has been given
25  bail on these offenses; and further order that until such time as
26  the defendant is in custody or has been given bail, that no person
27  shall disclose the finding of the Indictment or any warrants
28  issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrants.
3 | DATED: November 6, 2008              Respectfully submitted,
4 |                                      McGREGOR W. SCOTT
                                         United States Attorney
5 |
                                         By /s/
6 |                                         MARK J. McKEON
                                         Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 6th day of November, 2008
9 |
10|                                      _____
                                         U.S. Magistrate Judge

2