1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   MARK J. McKEON
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000



FILED
NOV 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:08-cr-397 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO UNSEAL INDICTMENT; AND ORDER |
| EVODIO MORENO, | ) |
| Defendants. | ) |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Sheila K. Oberto, and Mark J. McKeon, Assistant United States Attorneys, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: November 13, 2008

_____
MARK J. McKEON
Assistant U. S. Attorney

It is so ordered.  11-13-08

_____
U S District Judge

1