LAWRENCE G. BROWN
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr—397 AWI |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| EVODIO MORENO, ) | |
| Defendant. ) | |

The parties request that the status conference and motions hearing in this case be continued from **September 21, 2009** to **October 19, 2009 at 9:00 a.m.** They stipulate that the time between September 21, 2009 and October 19, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, the parties are discussing a possible resolution of the case, and the defense needs time to review a plea offer from the United States.  The parties

1

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      United States Attorney

DATE: September 17, 2009     By:    /s/ Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant U.S. Attorney

DATE: September 17, 2009         /s/ Marc Days
                                      MARC DAYS
                                      Attorney for Defendant

                                        <u>ORDER</u>

IT IS SO ORDERED.

**Dated:   September 17, 2009**        **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE