```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARC DAYS, Bar #184098
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  EVODIO MORENO
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )
                                     )   No. 1:08-cr-00397 AWI
12             Plaintiff,            )
                                     )   STIPULATION TO CONTINUE STATUS
13       v.                          )   CONFERENCE HEARING;
                                     )   ORDER
14  EVODIO MORENO,                   )
                                     )   Date : November 16, 2009
15             Defendant.            )   Time: 9:00 a.m.
    _____)   Judge: Hon. Anthony W. Ishii
16
```

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for

19  October 19, 2009, **may be continued to November 16, 2009, at 9:00 a.m.**

20       This continuance is requested by counsel for the defendant.  The plea offer was received on

21  October 14, 2009 and the defense needs additional time to review and consider the offer.   The requested

22  continuance will conserve time and resources for both counsel and the court.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

DATED: October 15, 2009          /s/ Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: October 15, 2009          /s/  Marc Days
                                      MARC DAYS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Evodio Moreno

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 15, 2009**          /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE