DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> EVODIO MORENO, ) <br> ) <br> *Defendant.* ) <br> _____ ) | No. 1:08-cr-00397 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date : December 14, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for November 16, 2009, **may be continued to December 14, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant. The defense needs additional time to review and consider the plea offer. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN WAGNER
United States Attorney

DATED: November 12, 2009    /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 12, 2009    /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Evodio Moreno

### O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   November 12, 2009**         /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE