DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00397 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS/ STATUS CONFERENCE HEARING; |
| v. | ORDER |
| EVODIO MORENO, | Date : May 17, 2010 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions/Status Conference Hearing in the above captioned matter now set for April 26, 2010, **may be continued to May 17, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant who will be engaged in jury trial on April 26, 2010, the date now set for hearing, and will not be available for sentencing in this instant matter. Assistant United States Attorney Mark McKeon has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

        BENJAMIN B. WAGNER
        United States Attorney

DATED: April 22, 2010        /s/ Mark McKeon
        MARK McKEON
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: April 22, 2010        /s/ Marc Days
        MARC DAYS
        Assistant Federal Defender
        Attorney for Defendant
        Evodio Moreno

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

IT IS SO ORDERED.

**Dated:   April 24, 2010**        /s/ Anthony W. Ishii
        CHIEF UNITED STATES DISTRICT JUDGE