DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00397 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE  HEARING; |
| v. | ORDER |
| EVODIO MORENO, | Date :  September 27, 2010 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference Hearing in the above captioned matter now set for

September 13, 2010, **may be continued to September 27, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense

investigation and plea negotiation prior to hearing and because, due to a family emergency, counsel may

not be in his office on September 13, 2010, the date now set for hearing.  The requested continuance will

conserve time and resources for both counsel and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for further defense

3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a

4  continuance.

5                                                BENJAMIN B. WAGNER
                                               United States Attorney
6

7  DATED:  September 9, 2010                    /s/  Mark McKeon
                                               MARK McKEON
8                                                Assistant United States Attorney
                                               Attorney for Plaintiff
9

10                                               DANIEL J. BRODERICK
                                               Federal Defender
11

12  DATED:  September 9, 2010                    /s/  Marc Days
                                               MARC DAYS
13                                               Assistant Federal Defender
                                               Attorney for Defendant
14                                               Evodio Moreno

15

16

17                                  **O R D E R**

18    **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

19  §§ 3161(h)(7)(A) and (B)

20

21  IT IS SO ORDERED.

22

23  Dated:    September 9, 2010                  _____
                                               CHIEF UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation to Continue Motions/Status
Conference Hearing; Order                    2