BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                             )  <br>            Plaintiff,       )  <br>                             )  <br>     v.                      )  <br>                             )  <br>EVODIO MORENO,               )  <br>                             )  <br>                             )  <br>            Defendant.       )  <br>_____) | CASE NO. 1:08-cr—00397 AWI <br><br> STIPULATION AND <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from September 27, 2010 to October 12, 2010 at 9:00 a.m.  They stipulate that the time between September 27, 2010 and October 12, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense needs additional time to discuss a possible resolution of this case with counsel for the Government.  In addition, counsel for the Government is unavailable the morning on September 27,

2010.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: September 23, 2010       By:    /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

DATE: September 23, 2010              /s/ Marc Days
                                            MARC DAYS
                                            Attorney for Defendant

IT IS SO ORDERED.

Dated:     September 23, 2010
                            CHIEF UNITED STATES DISTRICT JUDGE