BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>EVODIO MORENO,                        )<br>                                      )<br>                                      )<br>            Defendant.                )<br>_____) | CASE NO. 1:08-cr-00397 AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br>AND TO EXCLUDE TIME |

    The parties request that the status conference in this case be continued from January 3, 2011 to February 7, 2011 at 9:00 a.m.  They stipulate that the time between January 3, 2011 and February 7, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the

1

defense needs additional time to discuss a possible resolution of this case with counsel for the Government.  In addition, counsel for the Government is unavailable the morning on September 27, 2010.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: December 23, 2010      By:    /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

DATE: December 23, 2010            /s/ Marc Days
                                            MARC DAYS
                                            Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:    December 23, 2010
                                  CHIEF UNITED STATES DISTRICT JUDGE