DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00397 AWI |
| *Plaintiff,* ) | STIPULATION TO CONTINUE TRIAL CONFIRMATION AND HEARING ON MOTIONS *IN LIMINE* |
| v. ) | ORDER |
| EVODIO MORENO, ) | Date : August 8, 2011 |
| *Defendant.* ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the trial confirmation/motions *in limine* hearing in the above captioned matter now set for August 1, 2011, **may be continued to August 8, 2011, at 9:00 a.m.**

This continuance is requested by counsel for the defendant who will not be in his office on August 1, 2011, the date now set for hearing.  There is no other attorney in counsel's office sufficiently familiar with the matter to allow him/her to appear on counsel's behalf.  All remaining compliance dates related to the filing of motions and responses and trial documents shall remain the same as presently set unless and until subsequently modified by the court.  The requested continuance will allow for continuity of counsel and will conserve time and resources for both counsel and the court.  Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: April 1, 2011             /s/  Mark McKeon
                                          MARK McKEON
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: April 1, 2011             /s/  Marc Days
                                          MARC DAYS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          EVODIO MORENO

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

IT IS SO ORDERED.

Dated:   April 5, 2011

                                          CHIEF UNITED STATES DISTRICT JUDGE