```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare St, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America
7
8
9            IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,    )     CASE NO. 1:08-cr—00397 AWI
                                )
13              Plaintiff,      )
                                )
14     v.                       )     STIPULATION AND
                                )     ORDER
15 EVODIO MORENO,               )
                                )     DATE: August 8, 2011
16                              )     TIME: 9:00 a.m.
                Defendant.      )     CTRM: Hon. Anthony W. Ishii
17 _____)
18
19
20
21     The parties stipulate and agree that the government's
22 response brief to the defendant's pending motions in limine,
23 currently due on July 18, 2011, be due on July 22, 2011, and that
24 ///
25 ///
26 ///
27 ///
28 ///
```

1

1  the defendant's reply brief currently due on July 25, 2011, be
2  due on July 29, 2011.

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Mark J. McKeon
DATE: July 22, 2011        By:    _____
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

                                            /s/ MARK DAYS
DATE: July 22, 2011               _____
                                            MARK DAYS
                                            Attorney for Defendant

                                                      ORDER

IT IS SO ORDERED.

Dated:    July 22, 2011          _____
                                         CHIEF UNITED STATES DISTRICT JUDGE