DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>             *Plaintiff,*                              )<br>                                                          )<br>     v.                                                 )<br>                                                          )<br>EVODIO MORENO,                          )<br>                                                          )<br>             *Defendant.*                          )<br>_____) | No. 1:08-cr-00397 AWI<br><br>*REVISED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date : March 5, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for February 6, 2012, **may be continued to March 5, 2012, at 10:00 a.m.**

This continuance is requested by counsel for the defendant because the parties anticipate a resolution of the matter and need additional time for plea negotiations.  The requested continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

///

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a
3  speedy trial, including, but not limited to, the need for the period of time set forth herein for effective
4  defense preparation and continuing plea negotiation purposes.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER |
|  | United States Attorney |
| DATED: Feberuary 2, 2012 | /s/ Mark McKeon |
|  | MARK McKEON |
|  | Assistant United States Attorney |
|  | Attorney for Plaintiff |
|  |  |
|  | DANIEL J. BRODERICK |
|  | Federal Defender |
| DATED: February 2, 2012 | /s/ Marc Days |
|  | MARC DAYS |
|  | Assistant Federal Defender |
|  | Attorney for Defendant |
|  | EVODIO MORENO |

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   February 2, 2012                                          _____
                                                                                            CHIEF UNITED STATES DISTRICT JUDGE