BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-cr—00397 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| EVODIO MORENO, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from April 2, 2012 to April 23, 2012, at 10:00 a.m. They stipulate that the time between April 2, 2012 and April 23, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the parties are discussing a possible resolution of this case.  A legal issue has

1

come up as to which sentencing guideline should be applied to this case, and the parties need additional time to complete the legal research before a plea can be reached.  The parties anticipate that at the continued status conference, there will be either a change of plea or a trial setting.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATE: March 28, 2012       By:   /s/ Mark J. McKeon
                                        MARK J. McKEON
                                          Assistant U.S. Attorney

DATE: March 28, 2012            /s/ Marc Days
                                          MARC DAYS
                                          Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   March 28, 2012
                            CHIEF UNITED STATES DISTRICT JUDGE