DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00397 AWI |
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| EVODIO MORENO, | ) ) | Date :  June 4, 2012 |
| *Defendant.* | ) ) | Time:   10:00 A.M. Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for April 23, 2012, **may be continued to June 4, 2012, at 10:00 a.m.**

This continuance is requested by counsel for the defendant because the parties need additional time for the government to provide the defense with a plea offer and, if necessary, for the parties to negotiate a resolution of the matter prior to the hearing.  The continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

///

///

///

Stipulation to Continue Status
Conference Hearing;  Order

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a
3  speedy trial, including, but not limited to, the need for the period of time set forth herein for effective
4  defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 19, 2012          /s/ Mark McKeon
                               MARK McKEON
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               DANIEL J. BRODERICK
                               Federal Defender


DATED: April 19, 2012          /s/ Marc Days
                               MARC DAYS
                               Assistant Federal Defender
                               Attorney for Defendant
                               EVODIO MORENO


**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.  The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

Dated:   April 19, 2012                                _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE