DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>                    *Plaintiff,* </br></br>          v. </br></br> EVODIO MORENO, </br></br>                    *Defendant.* | No. 1:08-cr-00397 AWI </br></br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER </br></br> Date :  June 18, 2012 </br> Time:   10:00 A.M. </br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for June 4, 2012, **may be continued to June 18, 2012, at 10:00 a.m.**

This continuance is requested by counsel for the defendant because the parties need additional time for the government to provide the defense with a plea offer and, if necessary, for the parties to negotiate a resolution of the matter prior to the hearing.  The continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

///

///

///

Stipulation to Continue Status
Conference Hearing;  Order

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a
3  speedy trial, including, but not limited to, the need for the period of time set forth herein for effective
4  defense preparation and continuing plea negotiation purposes.

5            BENJAMIN B. WAGNER
          United States Attorney

7  DATED: May 31, 2012          /s/ Mark McKeon
          MARK McKEON
8            Assistant United States Attorney
          Attorney for Plaintiff

10           DANIEL J. BRODERICK
          Federal Defender

12 DATED: May 31, 2012          /s/ Marc Days
          MARC DAYS
13           Assistant Federal Defender
          Attorney for Defendant
14           EVODIO MORENO

**O R D E R**

18  **IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for
19 good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant
20 in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

23 IT IS SO ORDERED.

24 Dated:   May 31, 2012

25           CHIEF UNITED STATES DISTRICT JUDGE